UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLENN DAVID TEEPLE,

    Defendant.
_____/

HON. R. ALLAN EDGAR

Case No. 2:99-cr-12

### ORDER OF DETENTION

In accordance with the hearing conducted before the undersigned on May 15, 2009, and for the reasons stated on the record, IT IS HEREBY ORDERED that defendant Teeple shall be detained pending the supervised release revocation hearing scheduled before the undersigned on **May 28, 2009, at 2:30 p.m.**

IT IS SO ORDERED.

Date: May 19, 2009

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge